UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES – GENERAL**

Case No. 2:23-cv-9869-JLS-JPR					Date: March 26, 2025
Title: Elina Tatevosian v. Mercedes Benz USA LLC et al

Present: **Honorable JOSEPHINE L. STATON, UNITED STATES DISTRICT JUDGE**

| Kelly Davis | N/A |
|---|---|
| Deputy Clerk | Court Reporter |

ATTORNEYS PRESENT FOR PLAINTIFF:     ATTORNEYS PRESENT FOR DEFENDANT:

Not Present                                                               Not Present

**PROCEEDINGS:     (IN CHAMBERS) ORDER TO SHOW CAUSE RE SANCTIONS**

The Final Pretrial Conference in this matter is currently scheduled for April 4, 2025, at 10:30 a.m.  Pursuant to the Local Rules, the parties were required to file their Memoranda of Contentions of Fact Law, a joint Witness List, and a joint Exhibit List twenty-one days before the Final Pretrial Conference.  C.D. Cal. R. 16-4–6.1.  The Local Rules further required the parties to lodge a Proposed Final Pretrial Conference Order eleven days before the Final Pretrial Conference.  C.D. Cal. R. 16-7.  To date, however, none of these documents have been filed.

Accordingly, the Court ORDERS the parties to show cause, in writing, no later than 5:00 p.m. on **March 29, 2025**, why this case should not be dismissed for failure to comply with the Court's Civil Trial Order and the Local Rules.  Failure to timely and adequately respond to this Order will result in sanctions, up to and including the immediate dismissal of this action without further notice.  Plaintiff's filing of a stipulation for dismissal will be considered an appropriate response to this Order.

Initials of Deputy Clerk:  kd